IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BRUCE E. SEYBERT | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 6:09-CV-169 |
| | § | |
| NATIONAL CENTER FOR MISSING | § | |
| AND EXPLOITED CHILDREN | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE

The above entitled and numbered civil action was referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. The Report of the Magistrate Judge, which contains his recommendation for the disposition of such action, has been presented for consideration (Doc. No. 18). The parties have made no objections to the Report and Recommendations. The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the Report of the United States Magistrate Judge as the findings and conclusions of this Court. Accordingly, it is **ORDERED** that to the extent Defendants' Motion seeks dismissal of Plaintiff's case, the Motion is **DENIED**.

So ORDERED and SIGNED this 9th day of July, 2009.

_____
LEONARD DAVIS
UNITED STATES DISTRICT JUDGE