**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| BRUCE E. SEYBERT | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 6:09-CV-169 |
| | § | |
| NATIONAL CENTER FOR MISSING | § | |
| AND EXPLOITED CHILDREN, et. al | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE

The above entitled and numbered civil action was referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. The Report of the Magistrate Judge, which contains his recommendation for the disposition of such action, has been presented for consideration (Doc. No. 18). Plaintiff Bruce Seybert objected to the recommendation (Doc. No. 41). Mr. Seybert's objection essentially restates the deficient allegations found in his original and amended complaints. Mr. Seybert fails to identify error by the Magistrate Judge. The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the Report of the United States Magistrate Judge as the findings and conclusions of this Court. Accordingly, the Court **GRANTS** Defendants the National Center for Missing and Exploited Children and its President and Chief Executive Officer Ernest E. Allen's Motion to Dismiss (Doc. No. 25). The Court **DENIES** all other pending motions as moot.

**So ORDERED and SIGNED this 5th day of November, 2009.**

_____
LEONARD DAVIS
UNITED STATES DISTRICT JUDGE